UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Edward Green

               Plaintiff/Movant/Petitioner,

-against-

The State of New York

               Defendant/Respondent(s).
-------------------------------------------------------------X

AFFIRMATION FOR TIMELINESS

14 Civ. 2073 (LAP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 7/30/14

STATE OF New York  }
COUNTY OF Ulster   } SS:

PRO SE OFFICE
JUL 30 2014

Edward Green makes the following Affirmation under the
[Plaintiff/Movant/Petitioner Name]

penalties of perjury:

    I am the Plaintiff/Movant/Petitioner in this action and I respectfully submit this Affirmation in response to the Court's Order dated May 27, 2014. This action should not be time-barred by the statute of limitations because My lawyer Myeron Warrick was perfecting my post-conviction CPL 440 motion so I can show I have exhausted my state remedies. My CPL 440 motion was never completed by my lawyer Myeron Warrick due to his untimely death which left me to navigate my own Writ of Habeas Corpus, which is the cause of my lateness due to I did not know of his untimely death until I wrote his office to find out if my CPL 440 motion was submitted, and

thats when I was struck with the news of his death. From that point I knew I had to move forward with my petition. The attach document(s) will show (The Death Certificate, and Notarized copies of affidavits to valid his Death). After the death of Myrron Warrick I had to abandon my CPL 440. motion and move forward so as not to be time barred. Hopefully due to this untimely death my petition will be granted due to I have acquired one of the prison lawyer clerks to assist me in my legal work.

[YOU MAY ATTACH ADDITIONAL PAGES, IF NECESSARY]

For the foregoing reasons, I respectfully request that this action be permitted to proceed.

DATED: 7-25, 2014

Signature: Edward Green 08A5560

Address: Eastern N.Y. C.F.
P.O. Box 338

City, State & Zip Code: Napanoch, N.Y. 12458



## Things to Do...

| DATE | | Completed |
|---|---|---|
| 1 | Ed. at point 2, please | ☐ |
| 2 | white out But leave The | ☐ |
| 3 | Second point 2 - Page 5 | ☐ |
| 4 | | ☐ |
| 5 | Also - Complete # 16, last page | ☐ |
| 6 | | ☐ |
| 7 | You Must Send The ORIGinal | ☐ |
| 8 | plus two Copies to The FEC | ☐ |
| 9 | | ☐ |
| 10 | Working on Your Myron — 440, | ☐ |

**State Representative**
## Mario M. Scavello
**176th Legislative District**

District Offices:
31 Pocono Boulevard, Mount Pocono, PA  18344   (570) 839-0313 • FAX: (570) 839-3612
c/o Greater Pocono Chamber of Commerce, 556 Main Street, PA  18360
(570) 420-1168 • FAX: (570) 420-1169
Harrisburg Office:
Room 143 East Wing, P.O. Box 202176, Harrisburg, PA 17120-2176
(717) 787-7732 • FAX: (717) 260-6203
mscavell@pahousegop.com • marioscavello.com

# THE CITY OF NEW YORK
## VITAL RECORDS CERTIFICATE

# DEATH TRANSCRIPT

DATE FILED — THE CITY OF NEW YORK – DEPARTMENT OF HEALTH AND MENTAL HYGIENE

NEW YORK CITY
DEPARTMENT OF HEALTH
AND MENTAL HYGIENE
MARCH 19, 2014 10:48 AM

## CERTIFICATE OF DEATH

Certificate No. 156-14-011424

**1. DECEDENT'S LEGAL NAME:** Myron Warrick (First, Middle, Last)

**Place Of Death**
- 2a. New York City
- 2b. Borough: Bronx
- 2c. Type of Place: ☒ 1 Hospital Inpatient
- 2d. Any Hospice care in last 30 days: ☒ No
- 2e. Name of hospital or other facility: James J. Peters VA Medical Center

**Date and Time of Death or Found Dead:** March 14, 2014, 12:17 PM
**4. Sex:** Male
**5. OCME Case No:** B14001200

### Medical Certificate of Death

**6. Cause of Death — PART I**
- a. Immediate cause: Pending Further Studies
- b. Due to or as a consequence of: ***
- c. Due to or as a consequence of: ***

**PART II** Other significant conditions contributing to death: ***

**7a. Injury Date:** ***
**7b. Time:** —
**7c. At Work:** ☒ No
**7d. Place of Injury:** ***
**7e. Location:** ***
**7f. How Injury Occurred:** ***

**8. Manner of Death:** ☒ Pending further study
**9. Autopsy:** ☒ Yes

**10.** Certifier Signature: Margaret Prial, D.O.  Date: MAR-17-2014
Certifier Name (Print): Margaret Prial — Medical Examiner

**11a. Usual Residence State:** New York
**11b. County:** Bronx
**11c. City or Town:** Bronx
**11d. Street and Number:** 1118 Intervale Ave 1-I
**ZIP Code:** 10459
**11e. Inside City Limits?** ☒ Yes

**12. Date of Birth:** May 08, 1948
**13. Age at last birthday:** 65
**14. Social Security No.:** 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

**15a. Usual Occupation:** Disable
**15b. Kind of business or industry:** Disable
**16. Aliases or AKAs:** *** ***

**17. Birthplace:** New York, New York
**18. Education:** ☒ 3 High school graduate or GED

**19. Ever in U.S. Armed Forces?** ☒ Yes
**20. Marital/Partnership Status at time of death:** ☒ 1 Married
**21. Surviving Spouse's/Partner's Name:** Yvonne Green

**22. Father's Name:** Earn Preston Warrick
**23. Mother's Maiden Name:** Lula Pearl Warrick

**24a. Informant's Name:** Yvonne Green Warrick
**24b. Relationship to Decedent:** Spouse
**24c. Address:** 1118 Intervale Ave, Bronx, New York 10459

**25a. Method of Disposition:** ☒ 2 Cremation
**25b. Place of Disposition:** Liberty Grove Crematory
**25c. Location of Disposition:** Old Bridge, New Jersey
**25d. Date of Disposition:** 03/19/2014

**26a. Funeral Establishment:** All Boro Cremation Services, LLC.
**26b. Address:** 1289 Forest Avenue, Staten Island, New York 10302

VR 16 (Rev 01/09)

---

This is to certify that the foregoing is a true copy of a record on file in the Department of Health and Mental Hygiene. The Department of Health and Mental Hygiene does not certify to the truth of the statements made thereon, as no inquiry as to the facts has been provided by law.

Do not accept this transcript unless it bears the security features listed on the back. Reproduction or alteration of this transcript is prohibited by §3 19(b) of the New York City Health Code it the purpose is the evasion or violation of any provision of the Health Code or any other law.

March 20, 2014   Order No. 20140321625

Steven P. Schwartz, Ph.D., City Registrar





X 0 0 7 0 1 5 2 8

June 17, 2014

TO WHOM IT MAY CONCERN:

                          Re:   Edward Green
                                    08A5510

    Please be advised that Myron Warrick was preparing and submitting legal papers to the Court for the past seven years until his health failed him. I have enclosed a copy of his death certicate for your records. The papers which were submitted late was due to Mr. Warrick's inability to do the same in a timely manner because he was dying.

    Thank you for your cooperation in this matter.

                                                  *[signature]*
                                             MICHELLE GREEN

Sworn to before me
17th day of June, 2014

*[signature]*
Notary Public

EDWIN VEGA
Notary Public, State of New York
No. 02VE6067599
Qualified in Bronx County
Commission Expires December 10, 20 17

To whom it may concern:

I am sending this letter on behalf of my father, Edward Green 08A5510. My cousin's husband, Myron Warrick, had been working with my father on his appeal process since his incarceration as far as I know. My father had even made sure he had a laptop to work on, which I had given him. Myron's recent passing was unexpected and has put a delay on my father's appeal process in some way. If you could see fit to grant him some leniency on it being sent to you late it would be greatly appreciated.

Thank you for your consideration in this matter.

Sincerely yours,

*[signature]*

Lewis A. Green

Michelle Florence Green
Notary Public, State of NY
No. 33559
Qualified in Bronx County
Comm. of Deeds Exp. 10/1/20*14*

*[notary signature]*
4-11-2014

To Whom it may concern

My name is Earl Green, I am aware that Mr. Mirron Warrick has been helping Mr. Edward Green-08A5510 with his legal matters for the past 7 yrs, until he became ill and past on in the month of March of this year, 2014

Please give this matter your consideration.

Yours Truly

Earl Green

Michelle Florence Green
Notary Public, State of NY
No. 33559
Qualified in Bronx County
Comm. of Deeds Exp. 10/1/2014

Michelle Florence Green

7-2-2014

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
THE DANIEL PATRICK MOYNIHAN UNITED STATES COURTHOUSE
500 - PEARL STREET - NEW YORK, NY 10007-1312

OFFICIAL BUSINESS

DOCKET SERVICES

NEW YORK
NY 100
30 MAY '14
PM 3 L

neopost
05/29/2014
US POSTAGE
$00.69⁰

FIRST-CLASS MAIL
ZIP 10007
041L11231778

RECEIVED
JUN 02 2014
ENYCF

Edward Green
08A5510
Eastern New York Corr. fac.
P.O. Box 338
Napanoch, NY 12458

EASTERN NY CORRECTIONAL FACILITY
BOX 338
NAPANOCH, NEW YORK 12458-0338

NAME: Edward J Green   DIN: 08A5510

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y., 10007-1312
Rm. 230

CONFIDENTIAL LEGAL MAIL