UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-19-14

EDWARD GREEN,

   Petitioner,

-v-

THE STATE OF NEW YORK,

   Respondent.

No. 14-cv-2073 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

  Edward Green has petitioned the Court for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court has reviewed the petition and HEREBY ORDERS, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, THAT the Clerk of Court shall serve copies of this Order and of the petition by certified mail upon the Attorney General of the State of New York and the District Attorney of New York County. By October 20, 2014, Respondent shall file an answer to the petition or an appropriate motion along with the record on appeal, appellate briefs, and relevant trial and post-conviction records and transcripts. Petitioner may file any reply papers no later than November 20, 2014.

SO ORDERED.

DATED:  August 19, 2014
     New York, New York

                 _____
                 RICHARD J. SULLIVAN
                 UNITED STATES DISTRICT JUDGE

A copy of this Order has been sent to:

Edward Green
08A5510
Eastern New York Correctional Facility
30 Institution Road
P.O. Box 338
Napanoch, NY 12458