UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8·27·14
```

EDWARD GREEN,

                Petitioner,

-v-

THE STATE OF NEW YORK,

                Respondent.

No. 14-cv-2073 (RJS) (FM)
REFERRAL ORDER

RICHARD J. SULLIVAN, District Judge:

The above entitled action is referred to Magistrate Judge Maas for the following purpose(s):

\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_ Specific Non-Dispositive Motion/Disputes:

\_\_ Settlement: The parties shall contact Magistrate Judge Maas to schedule a settlement conference by: _____

\_\_ Inquest After Default/Damages Hearing

\_\_ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

\_\_ Consent under 28 U.S.C. § 636(c) for limited purpose (*e.g.*, dispositive motion, preliminary injunction)
    Purpose:_____

X  Habeas Corpus

\_\_ Social Security

\_\_ Dispositive Motions (*i.e.*, motion requiring Report and Recommendation)

SO ORDERED.

DATED:  August 26, 2014
              New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

A copy of this Order has been sent to:

Edward Green
08A5510
Eastern New York Correctional Facility
30 Institution Road
P.O. Box 338
Napanoch, NY 12458