UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
EDWARD GREEN,                                               :
                                                            :
          Petitioner,           :   **NOTICE OF APPEARANCE**
                                                            :
    - against -                                          :
                                                            :   No. 14-cv-2073-RJS-FM
THE STATE OF NEW YORK,                                      :
                                                            :
          Respondent.           :
------------------------------------------------------------x

      PLEASE TAKE NOTICE that the undersigned appears on behalf of respondent. All papers are to be served upon counsel at the address indicated below.

Dated:  New York, New York
         September 19, 2014

                                                      /s/ Thomas B. Litsky
                                          _____
                                          THOMAS B. LITSKY
                                          Assistant Attorney General
                                          120 Broadway
                                          New York, New York 10271
                                          Thomas.Litsky@ag.ny.gov
                                          (212) 416-6173

## DECLARATION OF SERVICE

THOMAS B. LITSKY, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows: that on September 19, 2014, he served the annexed Notice of Appearance by mailing a copy to petitioner at the following address:

> Edward Green
> 08-A-5510
> Eastern Correctional Facility
> P.O. Box 338
> Napanoch, NY 12458

Executed on September 19, 2014

/s/ Thomas B. Litsky

---

THOMAS B. LITSKY
Assistant Attorney General
120 Broadway
New York, New York 10271
Thomas.Litsky@ag.ny.gov
(212) 416-6173