

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:**

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/22/14**

BARBARA D. UNDERWOOD
SOLICITOR GENERAL

FEDERAL HABEAS CORPUS SECTION

October 17, 2014

BY ECF AND FAX

Hon. Frank Maas
Chief United States Magistrate Judge
United States District Court
for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**APPLICATION GRANTED
SO ORDERED**

Frank Maas, USMJ  10/20/14

Re: *Green v. State of NY*, 14-cv-02073-RJS-FM

Your Honor:

I am an Assistant Attorney General in the office of Eric T. Schneiderman, Attorney General of the State of New York, attorney for respondent in the above-referenced matter. This letter respectfully seeks a first extension of time to December 19, 2014 to respond to petitioner's *pro se* petition for a writ of habeas corpus.

The reason for this request is that additional time is needed to review the state court record, as well as the state court trial transcripts which I received a few weeks ago, and to obtain a supplemental record necessary to respond to the petition.

At present, I have been designed to respond to four other petitions: *Clark v. Superintendent*, WDNY No. 10-cv-6070 (Response due 12/15/14); *Garafolo v. Sticht*, NDNY No. 14-cv-590 (response due 10/21/14); *Guarneri v. Superintendent*, NDNY No 14-cv-416 (response due 10'28/14); and *Murray v. Dolce*, NDNY No. 14-cv-1186 (response due 12/29/14). Two of these cases have lengthy records.

120 BROADWAY, NEW YORK N.Y. 10271-0332 • PHONE (212) 416-6086 • FAX (212) 416-8010 *NOT FOR SERVICE OF PAPERS
http://ag.ny.gov

Mr. Green is incarcerated and I have not spoken with him regarding this application. Thank you for your consideration.

                        Respectfully submitted,

                        /s Thomas B. Litsky

                        Thomas B. Litsky (TRL-8976)
                        Assistant Attorney General
                        120 Broadway
                        New York, NY 10271
                        Thomas.Litsky@ag.ny.gov
                        (212) 416-6173

cc: Edward Green
    08-A-5510
    Eastern New York Correctional Faclity
    P.O. Box 338
    Napanoch, NY 12458