UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
EDWARD GREEN,                                                  :
                                                               :
                Petitioner,                                :
                                                               : 14-cv-2073-RJS-FM
      -against-                                               :
                                                               :
THE STATE OF NEW YORK,                                         :
                                                               :
                Respondent.                                :
-------------------------------------------------------------- x


## STATE COURT RECORD


                                         ERIC T. SCHNEIDERMAN
                                         Attorney General of the
                                         State of New York
                                         Attorney for Respondent
                                         120 Broadway
                                         New York, New York 10271
                                         Thomas.Litsky@ag.ny.gov
                                         (212) 416-6173


THOMAS B. LITSKY
Assistant Attorney General
   of Counsel

December 19, 2014

## Table of Contents

Petitioner's Motion to Set Aside the Verdict, and Sentence ............................ SR-1-21

Petitioner's Appellate Division, First Department, Brief ............................... SR-22-76

Petitioner's Appellate Division, First Department,
     *Pro Se* Supplemental Brief ............................................................. SR-77-101

The People's Appellate Division, First Department Brief ............................ SR-102-70

Petitioner's Appellate Division, First Department, Reply Brief ................... SR-171-85

Decision and Order of the Appellate Division, First Department,
     dated March 24, 2011 ....................................................................... SR-176-89

Petitioner's Leave Application ................................................................... SR-190-98

The People's Response ............................................................................. SR-199-203

Order of the New York Court of Appeals Denying Leave to Appeal,
     dated August 25, 2011 ........................................................................... SR-204

DECLARATION OF SERVICE

     THOMAS B. LITSKY, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows: that on December 19, 2014, he served respondent's declaration in opposition to the petition, memorandum of law, and any unpublished cases cited therein, and the bound state court record, by mailing a copies to petitioner at the following address:

     Edward Green
     08-A-5510
     Eastern New York Correctional Facility
     P.O. Box 338
     Napanoch, NY 12458

Executed on December 19, 2014

                                      /s/ Thomas B. Litsky
                                 _____
                                 THOMAS B. LITSKY (TL-8976)
                                 Assistant Attorney General
                                 120 Broadway
                                 New York, New York 10271
                                 Thomas.Litsky@ag.ny.gov
                                 (212) 416-6173