Edward Green 08A5510
Eastern N.Y.C.F.
P.O. Box 338
Napanoch, N.Y. 12458

December 28, 2014

Hon. Frank Maas
Chief U.S. Magistrate Judge
United States District Court
for the Southern District of N.Y.
United States Courthouse
500 Pearl Street
New York, N.Y. 10007-1312



Re: Green vs. State of N.Y., 14-cv-2073 (RJS)(FM)

Your Honor:

The respondent asked for and got an first extension of time till December 19, 2014. I received the respondents opposition to the petition for writ of Habeas Corpus, on December 23, 2014. I would like to ask, by what date must my reply to the respondents opposition be filed by.

Respectfully submitted,
Edward Green

Edward Green 08A5510
Eastern N.Y.C.F.
P.O. Box 338
Napanoch, N.Y. 12458



EASTERN NY CORRECTIONAL FACILITY
BOX 338
NAPANOCH, NEW YORK 12458-0338

NAME: Edward Green   DIN: 08A5510

RECEIVED
PRO SE OFFICE
2015 JAN -5  A 11: 29

Legal mail

U.S. District Court of the Southern
Pro Se Office
500 Pearl Street   Room 230
New York, New York 10007

Legal mail