USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/15

# MEMO ENDORSED

Edward Green 08A5510
EASTern N.Y. C. F.
P.O. BOX 338
NApANoch, N.Y. 12458

December 28, 2014

RECEIVED
PRO SE OFFICE
JAN - 5 2015

HON. FRANK MAAS
Chief U.S. MagisTRATe Judge
United STATes DisTrict Court
for the Southern District of N.Y.
United STATes Courthouse
500 Pearl STreet
New York, N.Y. 10007-1312

Re: Green vs. STATe of N.Y., 14-cv-2073 (RJS)(FM)

Your HONor:
  The respondent Asked for And goT AN first extension of time Till December 19, 2014. I received the respondents opposition To the Petition for writ of HAbeAs Corpus, oN December 23, 2014. I would like to Ask, by whAt date must my reply to the respondents opposition be filed by.

Respectfully submitted,
Edward Green

Petitioner Green may have
until February 13, 2015 to file
his reply papers.
Maas, USMJ,
1/7/15

Edward Green 08A5510
EASTern N.Y. C. F.
P.O. BOX 338
NApANoch, N.Y. 12458

**EASTERN NY CORRECTIONAL FACILITY**
BOX 338
NAPANOCH, NEW YORK  12458-0338

NAME: Edward Green   DIN: 08A5510

EASTERN NY

CORRECTIONAL FACILITY

UNITED STATES POSTAGE
PITNEY BOWES
$00.48
MAILED FROM ZIP CODE 12458

U.S. District Court of The Southern District of N.Y.

Pro se Office

500 Pearl Street          Room 230

New York, New York 10007

_egAl mAll

1000781315