EDWARD GREEN 08-A-5510
Eastern Correctional Facility
P.O. Box 338
Napanoch, New York 12458-0338

January 28, 2015

**Attn**: Clerk of the Court
Hon. Richard J. Sullivan, U.S.D.J.
United States District Court
For the Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Green v. The State of New York*, 14-CV-2073-RJS-FM

Hon. Sullivan:

I am writing at this time in request that the courts go by the records because the courts will not allow me to expand the record to respond to the Respondent's Answer. In addition, I am requesting the courts allow me this request that the records are the only proof of my showing that does have a claim and my petition should be granted. The Rules Governing Section 2254 Cases to include and can rely on the record in itself that the Petitioner has furnished from the state Court with.

Assuming arguendo, the respondents claim, the petitioner's request should be denied because his are meritless, however, to assist the Court in the resolution of the claims presented, the proposed exhibits and attached records will substantiate the petitioner's claim of the issue being fairly presented to the state courts, and exhausted for review. *O'Sullivan v. Boerckel*, 526 U.S. 838, 848 (1999).

In addition, the record will assist the Court in resolution of the petitioner's claim to rebut the respondents contentions and he did inform them of the constitutional nature of his claims when he relied on specific provisions of the Constitution, cited clearly established Supreme Court precedent, and relied upon state and federal cases employing the federal constitution of his claims (*Baldwin v. Reese*, 541 U.S. 27, 29-31 [2004]).

In sum, the petitioner hopes the requested relief will be granted because it is germane to the issue presented (*Williams v. Schiriro*, 423 F.Supp.2d 994, 1002-1003 [D. Ariz. 2006]).

Thank you.

Respectfully Submitted,

*Edward Green*
Edward Green 08-A-5510
Petitioner *pro se*

RECEIVED
FEB -4
PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EDWARD GREEN

                              Petitioner,

                                                :     **CERTIFICATE OF SERVICE**

              -Against-                                :

                                                :     14-CV-2073-RJS-FM

THE STATE OF NEW YORK

                              Respondent.  :
-----------------------------------------------------------------X

       Edward Green, petitioner *pro-se*, declares under the penalties of perjury that:

       On January 28, 2015, I have served an original of the following documents: Request for the record to reflex itself by going thru the numbered pages in the petition and the exhibit (s) for the Rules Governing Section 2254 Cases upon the following and concerned parties:

                              Clerk of the Court
                         United States District Court
                         Southern District of New York
                              500 Pearl Street
                         New York, New York 11201

                       Attn: Eric T. Schneiderman, Esq.

                          Thomas B. Litsky Esq.
                Attorney General of the State of New York
                      Attorney for Respondent
                            120 Broadway
                       New York, New York, 10271

By placing the above-mentioned documents in a properly addressed and sealed envelope in a mailbox located at Eastern Correctional Facility, P.O. Box 338, Napanoch, New York 12458 to be mailed via United States Postal Service to the parties named herein.

                                                        Respectfully Submitted,

                                                        *Edward Green* (signature)

                                                        Edward Green
                                                        Petitioner, *pro se*

RECEIVED FEB -4 2015 PRO SE OFFICE

