UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

EDWARD GREEN,                          :

            Petitioner,              :

        -against-                     :            **ORDER**

THE STATE OF NEW YORK,                 :            14-CV-2073 (RJS) (KNF)

           Respondent.         :
-------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

On or before October 14, 2016, the respondent shall submit to the Court a courtesy copy

of the state court record in connection with this action, including all relevant transcripts.

Dated: New York, New York
      October 12, 2016                     SO ORDERED:

Copy mailed to:

Edward Green                                  KEVIN NATHANIEL FOX
                                  UNITED STATES MAGISTRATE JUDGE