UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
EDWARD GREEN,                                          :
                                                       :
                Petitioner,                       :
                                                       :
       -against-                                     : 14 Civ. 2073 (RJS) (KNF)
                                                       :
THE STATE OF NEW YORK,                                 :
                                                       :
                Respondent.                       :
------------------------------------------------------------------------x

PLEASE TAKE NOTICE that the undersigned appears on behalf of respondent. All papers are to be served upon counsel at the address indicated below.

Dated:   New York, New York
         December 2, 2016

                                             /s/ Dennis Rambaud
                                             DENNIS RAMBAUD
                                             Assistant Attorney General
                                             120 Broadway, 25th Floor
                                             New York, New York 10271
                                             dennis.rambaud@ag.ny.gov
                                             (212) 416-8871

## **DECLARATION OF SERVICE**

DENNIS RAMBAUD, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows: that on December 2, 2016, he served the annexed Notice of Appearance by having it mailed via the United States Postal Service to petitioner at the following address:

>Edward Green
>08A5510
>Eastern New York Correctional Facility
>P.O. Box 338
>Napanoch, New York 12458

>/s/ Dennis Rambaud
>DENNIS RAMBAUD
>Assistant Attorney General
>120 Broadway, 25th Floor
>New York, New York 10271
>dennis.rambaud@ag.ny.gov
>(212) 416-8871

Executed on December 2, 2016