

**United States District Court**
**Southern District of New York**

## H<small>OW TO</small> A<small>PPEAL</small> Y<small>OUR</small> C<small>ASE TO THE</small> U<small>NITED</small> S<small>TATES</small> C<small>OURT</small>
## <small>OF</small> A<small>PPEALS FOR THE</small> S<small>ECOND</small> C<small>IRCUIT</small>

If you disagree with a judgment or final order of the district court, you may appeal to the United States Court of Appeals for the Second Circuit. To start this process, file a "Notice of Appeal" with this Court's Pro Se Intake Unit.

You must file your notice of appeal in this Court within 30 days after the judgment or order that you wish to appeal is entered on the Court's docket, or, if the United States or its officer or agency is a party, within 60 days after entry of the judgment or order. If you are unable to file your notice of appeal within the required time, you may make a motion for extension of time, but you must do so within 60 days from the date of entry of the judgment, or within 90 days if the United States or its officer or agency is a party, and you must show excusable neglect or good cause for your inability to file the notice of appeal by the deadline.

Please note that the notice of appeal is a *one-page* document containing your name, a description of the final order or judgment (or part thereof) being appealed, and the name of the court to which the appeal is taken (the Second Circuit) – *it does not* include your reasons or grounds for the appeal. Once your appeal is processed by the district court, your notice of appeal will be sent to the Court of Appeals and a Court of Appeals docket number will be assigned to your case. At that point, all further questions regarding your appeal must be directed to that court.

The filing fee for a notice of appeal is $505 payable in cash, by bank check, certified check, or money order, to "Clerk of Court, S.D.N.Y." *No personal checks are accepted*. If you are unable to pay the $505 filing fee, complete the "Motion to Proceed *in Forma Pauperis* on Appeal" form and submit it with your notice of appeal to the Pro Se Intake Unit. If the district court denies your motion to proceed *in forma pauperis* on appeal, or has certified under 28 U.S.C. § 1915(a)(3) that an appeal would not be taken in good faith, you may file a motion in the Court of Appeals for leave to appeal *in forma pauperis*, but you must do so within 30 days after service of the district court order that stated that you could not proceed *in forma pauperis* on appeal.

For additional issues regarding the time for filing a notice of appeal, see Federal Rule of Appellate Procedure 4(a). There are many other steps to beginning and proceeding with your appeal, but they are governed by the rules of the Second Circuit Court of Appeals and the Federal Rules of Appellate Procedure. For more information, visit the Second Circuit Court of Appeals website at **http://www.ca2.uscourts.gov/**.

T<small>HE</small> D<small>ANIEL</small> P<small>ATRICK</small> M<small>OYNIHAN</small>              T<small>HE</small> C<small>HARLES</small> L. B<small>RIEANT</small>, J<small>R</small>.
U<small>NITED</small> S<small>TATES</small> C<small>OURTHOUSE</small>                       U<small>NITED</small> S<small>TATES</small> C<small>OURTHOUSE</small>
500 P<small>EARL</small> S<small>TREET</small>                                        300 Q<small>UARROPAS</small> S<small>TREET</small>
N<small>EW</small> Y<small>ORK</small>, NY 10007-1312                                W<small>HITE</small> P<small>LAINS</small>, NY 10601-4150

Rev. 5/23/14